UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**GLADYS E. HURLBUTT**<br>       Debtor | : CHAPTER 13<br>: CASE NO. 1-bk-20-02553-HWV<br>: |
| **THEODORE F. REYNOLDS, JR.**<br>       Movant | :<br>:<br>: |
| vs. | :<br>: |
| **GLADYS E. HURLBUTT**<br>       Respondent | :<br>: |

## AMENDED NOTICE

**NOTICE IS HEREBY GIVEN THAT:**

A Motion of Theodore F. Reynolds, Jr. for an Order Dismissing Debtor's Chapter 13 Case, With Prejudice has been filed by the Movant. The hearing on the Motion to Dismiss is scheduled for:

    **United States Bankruptcy Court**        **Date: June 9, 2021**
    **Ronald Regan Federal Building**
    **Bankruptcy Courtroom (3rd Floor)**      **Time: 9:30 AM**
    **Third & Walnut Streets**
    **Harrisburg, PA 17101**

Any response to the Motion to Dismiss must be filed on/before **June 1, 2021.** Anyone wishing to respond the Motion to Dismiss must do so in writing, in accordance with the Federal Rules of Bankruptcy Procedure. Responses must be filed with the Clerk, U.S. Bankruptcy Court, 228 Walnut Street, Harrisburg, PA 17101 and a copy served on Movant's counsel, Lisa A. Rynard, Esquire, at the address below. Any responding party must appear at the hearing.

A copy of all documents filed in connection with this matter are available for inspection at the Clerk's Office, 3rd Floor, Third and Walnut Streets, Harrisburg, PA.

                                                                Lisa A. Rynard, Esquire
                                                                Purcell, Krug & Haller
                                                                1719 North Front Street
                                                                Harrisburg, PA 17102
                                                                (717) 234-4178
                                                                lrynard@pkh.com
Dated: May 11, 2021                                                Counsel for Movant

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
GLADYS E. HURLBUTT  : CHAPTER 13
  :
      Debtor  : CASE NO. 1-bk-20-02553-HWV
  :
THEODORE F. REYNOLDS, JR.  :
  :
      Movant  :
  :
vs.  :
  :
GLADYS E. HURLBUTT  :
  :
      Respondent  :

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the **Amended Notice of Motion of Rebecca F. Rickabaugh For An Order Dismissing Debtor's Chapter 13 Case, With Prejudice** was served on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All Creditors and Parties In As Listed on the Attached Mailing Matrix | Regular First Class Mail Postage Pre-Paid |

Date: May 11, 2021

By: /s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102

| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-02553-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue May 11 12:09:08 EDT 2021 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Keri P Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh<br>Pittsburgh, PA 15219-1908 |
|---|---|---|
| Emergency Physician Assoc. of PA<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Evangelical Hospital of PA<br>1 Hospital Dr<br>Lewisburg, PA 17837-9318 | Geisinger - Jersey Shore Hospital<br>PO Box 983148<br>Boston, MA 02298-3148 |
| Gladys E. Hurlbutt<br>501 Cara St.<br>Beavertown, PA 17813-9536 | Jersey Shore State Bank<br>300 Market St<br>Williamsport, PA 17701-6374 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Regency Cons Disc Co I<br>1173 N 4th St<br>Sunbury, PA 17801-1221 |
| Johanna Hill Rehkamp<br>Cunningham, Chernicoff & Warshawsky, PC<br>P.O. Box 60457<br>2320 N. Second Street<br>Harrisburg, PA 17110-1008 | Theodore F. Reynolds Jr.<br>P.O. Box 147<br>Beavertown, PA 17813-0147 | Lisa A Rynard<br>Purcell Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102-2392 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Theodore E. Reynolds, Jr.<br>PO Box 147<br>Beavertown, PA 17813-0147 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Wiest Muolo Noon Swinehart and Bath<br>Attn: William Swinehart, Esq.<br>PO Box 791<br>Sunbury, PA 17801-0791 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)OneMain Financial Group, LLC

End of Label Matrix
Mailable recipients   22
Bypassed recipients    1
Total                 23